UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Crim. No. 5:25-cr-00076-GFVT-EBA-2 |
| v. | ) ) | |
| MELISSA ANN WILHOITE, | ) | **ORDER** |
| Defendant. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Recommendation to Accept Guilty Plea filed by United States Magistrate Judge Edward B. Atkins. [R. 40]. The recommendation instructed the parties to file any specific written objections within fourteen days after being served with the decision, or else waive the right to further review. *Id.* at 2. The Defendant has not objected and the time to do so has passed.

Upon review, the Court is satisfied that Defendant Wilhoite knowingly and competently pled guilty to the charged offenses and that an adequate factual basis supports the plea as to each essential element of the offenses charged. Accordingly, the Court hereby **ORDERS** as follows:

1. Judge Atkins' Recommendation to Accept Guilty Plea **[R. 40]** is **ADOPTED** as and for the Opinion of the Court;

2. Defendant Wilhoite is **ADJUDGED** guilty of Counts 3 and 4 of the Indictment; and

3. The Defendant's Jury Trial is **CANCELLED**;

4. Sentencing remains scheduled for **Wednesday, March 18, 2026,** at **1:30 p.m.** in **Frankfort** pursuant to [R. 37].

This the 2d day of December, 2025.

                                              Gregory F. Van Tatenhove
                                              United States District Judge